UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOLANDA JUAN,

        Plaintiff,

vs.                              Case No. 8:05-cv-1171-T-24MSS

HILLSBOROUGH COUNTY A/K/A
HILLSBOROUGH COUNTY DEPARTMENT
OF AGING SERVICES,

        Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' oral motions to bring a cell phone into the Courthouse during the trial of this case, which is currently set on the November 2006 trial calendar, but will likely not be called for trial until December 2006 or January 2007. Upon consideration, it is ORDERED AND ADJUDGED that the motions are **GRANTED** as follows:

(1) Scott Hewitt shall be allowed to bring one cell phone into the courthouse during the trial of this case;

(2) Stephen M. Todd and his assistant, Martin Johnson, shall each be allowed to bring a cell phone into the courthouse during the trial of this case; and

(3) Each person authorized by this Order shall present a copy of this Order to security personnel when they enter the courthouse with their cell phone. The parties' cell phones are subject to inspection at any time by courthouse security personnel.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of October, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk