UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YOLANDA JUAN,

        Plaintiff,

vs.                                    Case No. 8:05-cv-1171-T-24MSS

HILLSBOROUGH COUNTY A/K/A
HILLSBOROUGH COUNTY DEPARTMENT
OF AGING SERVICES,

        Defendant.
_____/

## ORDER

    This cause comes before the Court on Defendant's notice of settlement (Doc. No. 41). Plaintiff telephonically confirmed that this case has settled. Having considered the notice of settlement, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. The Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

    **DONE AND ORDERED** at Tampa, Florida, this 3rd day of November, 2006.

*(signed)* Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record